# Court of Appeals
# of the State of Georgia

ATLANTA,__May 23, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14D0347.  IN THE INTEREST OF: T. L. A/K/A T. J., A CHILD (FATHER).**

Terry Lewis seeks discretionary appellate review in this case involving the termination of his parental rights. On March 3, 2014, Lewis filed a motion for reconsideration of the juvenile court's order terminating his parental rights. On April 2, the court denied his motion. On April 25, Lewis filed this application for discretionary appeal. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the challenged order. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Here, Lewis filed his application more than 30 days after the termination order was entered.[1] And although he filed a motion for reconsideration of the termination order, such a motion does not extend the time to appeal. See *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985); see also *Harris v. State*, 278 Ga. 280 282 n.3 (600 SE2d 592) (2004) ("a motion to reconsider does not toll the time for filing an application to appeal."). Accordingly, we lack jurisdiction to review the termination order.

In addition, an order denying a motion for reconsideration is not, itself, an

---

[1] Lewis has not provided us with a copy of the termination order, so we cannot determine exactly when that order was entered.  However, because Lewis filed his Motion to Reconsider on March 3, we presume that the termination order was entered before that date.

appealable decision. See *Savage*, supra. Accordingly, we also lack jurisdiction to review the juvenile court's April 2, 2014, order denying Lewis's motion for reconsideration.

For these reasons, we lack jurisdiction over this application, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 05/23/2014
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


_____ , *Clerk.*